## No. 14,098.

### CHARLES BONIN VS. TOWN OF JENNINGS ET AL.

#### SYLLABUS.

An overruled dilatory exception, general in its terms, will not be re-opened in order to consider points dilatory in their nature, which should have been timely pleaded. Generally, the pleader is held bound to plead all his dilatory pleas in due time. Moreover, it is not manifest that there is sufficient ground to sustain the exception.

For reasons assigned in the case of McFarlain vs. Town of Jennings, No. 14,097, the judgment is affirmed.

APPEAL from the Fifteenth Judicial District, Parish of Calcasieu.—*Miller, J.*

*Sompayrac & Toomer,* for Plaintiff, Appellee.

*Cline & Cline,* for Defendants, Appellants.

The opinion of the court was delivered by

BREAUX, J. The facts are the same in this case as those in McFarlain vs. Town of Jennings, No. 14,097, just decided, with this addition, that defendant attacks the injunction on the ground of informality of the affidavit.

In the District Court defendant filed an exception in general terms looking to the dismissal, on the ground of informality generally. The District Court overruled this exception. Then another exception was filed to cure the defect in not having specially pleaded against the form of the affidavit.

As a matter of practice, we will take occasion to say that all grounds going to the dismissal should be urged by way of exception in due time. Moreover, it does not occur to us that the exception should have been sustained.

For the reasons assigned in the case of McFarlain vs. Town of Jennings, No. 14,097, just decided, the judgment appealed from is affirmed.